IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

MARCELO SANDOVAL,

    Plaintiff,

  v.                                          Case No. 18-cv-857-wmc

MR. TAIM AND JOHN DOE,

    Defendants.

JUDGMENT IN A CIVIL CASE

    IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendants dismissing this case.

| /s/ | 5/29/2020 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |